## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| LAURA GILLEAD, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>(TRANSPORTATION SECURITY )<br>ADMINISTRATION); VIRGIN ISLANDS )<br>DEPARTMENT OF LABOR, )<br>)<br>Respondents. )<br>) | Case No. 3:15-cv-0048 |

**ATTORNEYS:**

**Pedro K. Williams**
Law Office of Pedro K. Williams
St. Thomas, VI
    *For Laura Gillead,*

**Gretchen Shappert, United States Attorney**
**Joycelyn Hewlett, AUSA**
United States Attorney's Office
St. Thomas, V.I.
    *for the United States of America (Transportation Security*
    *Administration),*

**Denise N. George, Attorney General**
**Ian S.A. Clement, AAG**
Virgin Islands Department of Justice
St. Thomas, V.I.
    *for the Virgin Islands Department of Labor.*

## **ORDER**

Before the Court is Laura Gillead's Petition for Writ of Review appealing the March 20, 2015 decision of the Virgin Islands Department of Labor Employment Security Agency ("DOLESA") denying her unemployment benefits. For the reasons stated on the record at the hearing held on November 19, 2019, it is hereby

*Gillead v. United States of America, et. al.*
Case No. 3:15-cv-0048
Order
Page 2

**ORDERED** that the March 20, 2015 decision of the Virgin Islands Department of Labor Employment Security Agency in Appeal Case No. 033-01-15 is **AFFIRMED;** it is further

**ORDERED** that the Petition for Writ of Review filed in this case is **DENIED,** and this case is **DISMISSED.**

Dated: August 18, 2021                                      */s/ Robert A. Molloy*
                                                                **ROBERT A. MOLLOY**
                                                                 **Chief Judge**